# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff

vs.

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

RECEIVED & FILED

1999 OCT -6  AM 8: 37

CIVIL NO. 98-2312 (JP)
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** August 30, 1999; September 9, 1999<br>**Docket #** 35, 36<br>[X] **Plffs**  [X] **Defts**  []<br>**Other**<br><br>**Title:** Motion in Compliance with Order; Opposition to Plaintiff Motion in Compliance with Order | **NOTED.** The Court ordered Plaintiff to file a motion informing the contents of Daniel Delgado's testimony as a condition for permitting Plaintiff to amend its witness list (docket No. 32). Co-defendants Hermán Sulsona, Héctor Rivera Rodríguez and Segismundo Quiñones Lora, in their personal capacity, oppose Plaintiff's Motion on the grounds that the description provided merely alleges "generic allegations of threats done by Mr. Delgado," without providing specific facts, and further fails to demonstrate the relevance of Mr. Delgado's testimony. The Court finds that the description is sufficient to put co-defendants on notice of the substance of the testimony. In addition, as Plaintiff must, to establish its First Amendment claim under 42 U.S.C. § 1983, prove that a protected expression was a substantial motivating factor in an adverse employment action, Delgado's testimony that Plaintiff received threats from personnel at La Fortaleza related to the adjudication of the maintenance contract is relevant. Therefore, the Court **NOTES** that Plaintiff has complied with the Court's previous Order. |
| **Date Filed:** September 21, 1999<br>**Docket #** 38<br>[] **Plffs**  [X] **Defts**  [] **Other**<br><br>**Title:** Motion to Withdraw | **DENIED.** The Court will not permit Luis Raúl Ríos-Díaz to withdraw as legal counsel for co-defendants Hermán Sulsona, Héctor Rivera Rodríguez and Segismundo Quiñones Lora, in their personal capacity, until another attorney appears on their behalf. Co-defendants further request a thirty day extension of time, but do not indicate to what this extension of time pertains. As such, the Court **DENIES** the request. |

**Date:** 10 / 4 / 99

**JAIME PIERAS, JR.**
**U.S. Senior District Judge**

| Rec'd: | EOD: |
|---|---|
| **By:** No | #40 |

3