UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff

vs.                                             CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 15, 1999<br>**Docket #** 46<br>[ ] Plffs   [X] Defts<br>[ ] Other<br><br>**Title:** Motion for Reconsideration | **DENIED.** The Court sanctioned Defendants in the amount of $750.00 for failure to produce two witnesses for a deposition on September 10, 1999 and for failure to timely produce documents to Plaintiffs. Defendants now offer explanations for their discovery violations and ask that the Court reconsider its previous Order. Defendants indicate that the deposition of José López Snow could not be held as scheduled because he was "reported to the State Insurance Fund and did not return to the Ports Authority until last week." The Court has no idea what this means and therefore will not provide relief from the sanctions on that basis. As for the deposition of Judith Martínez, Defendants indicate that she "had to attend to a very important meeting at the Justice Department of the Commonwealth." This only proves that Defendants do not understand that the Initial Scheduling Conference Order is a Court Order, and that failure to abide by that order carries with it the possibility of sanctions. Lastly, Defendants explain that the documents were not produced in a timely manner first because of an internal misunderstanding and later due to difficulties in obtaining the requested documents. The Court cannot believe that Defendants are suggesting that the Court should overlook their discovery violations due their own lack of internal coordination. Defendants are reminded that the purpose of the ISC is to avoid cost and delay, and the failure to comply with its terms has already increased costs and delayed the taking of several depositions. The motion is hereby **DENIED.** |

Date: 10/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        # 48