IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ZULMA I. PEREZ PEREZ, | * |
| Plaintiff, | * |
| v. | *   CIVIL NO. 98-2312 (JP) |
| PUERTO RICO PORTS AUTHORITY, et al., | * |
| Defendants | * |

### PARTIAL JUDGMENT

Pursuant to Plaintiff Zulma I. Perez Perez's Motion Requesting Partial Voluntary Dismissal with Prejudice (**docket No. 47**), which is hereby **GRANTED** and made a part of this Judgment, and Federal Rule of Civil Procedure 41(a)(1), the Court hereby **DISMISSES WITH PREJUDICE** the above-captioned Complaint against co-Defendant Migdalia Santiago, Esq. and further **DISMISSES WITH PREJUDICE** Plaintiff's due process claim.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 27th day of October, 1999.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE