UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff
vs.

CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 13, 1999<br>Docket # 45<br>[] Plffs    [X] Defts    [] Other<br><br>Title: Notice to the Court | **NOTED.** The Court **NOTES** that the attorney for co-Defendant Dr. Hermán Sulsona has a scheduling conflict with another case before the Court, which will be resolved in a separate order. |

Date: 11/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 51