UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JAN -5 AM 7:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

ZULMA I. PEREZ PEREZ,
    Plaintiff
vs.

CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** December 3, 1999; December 13, 1999<br>**Docket #** 55, 56<br>[X] **Plffs**  [X] **Defts**  [] **Other**<br><br>**Title:** Urgent Motion Requesting Court Order and Extension of Time to File Motion for Summary Judgment; Motion for Leave to File Motion for Summary Judgment | **GRANTED.** Given that several depositions were canceled due to scheduling conflicts before this Court, illness of deponents, and Hurricane Lenny, the dispositive motion deadline is hereby **RESET** for **January 7, 2000.** The Pretrial date is further **RESCHEDULED** for **March 3, 2000 at 4:00 p.m.** and the trial is **RESET** for **March 14, 2000 at 9:00 a.m.** |
| **Date Filed:** November 15, 1999<br>**Docket #** 54<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Motion Requesting Order Shortening Period to Produce Documents in Plaintiff's Second Request for Production of Documents | **GRANTED.** |
| **Date Filed:** December 21, 1999<br>**Docket #** 58<br>[] **Plffs**  [X] **Defts**  [] **Other**<br><br>**Title:** Informative Motion and Request for Extension of Time Under Rule 108 | Defendants **SHALL** file the English language translation of its exhibits to the motion for summary judgment on or before **January 7, 2000.** Failure to translate the exhibits by that date will result in their exclusion from the Court's consideration. In addition, Plaintiffs **SHALL** produce to Defendants the deposition transcripts of Segismundo Quiñones and Héctor Rivera on or before **January 5, 2000.** Failure to produce the same will result in sanctions. |

Date: 1/3/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: _____  # 60