UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff

vs.                                          CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 13, 2000<br>**Docket #** 63<br>[] Plffs   [X] Defts   [] Other<br><br>**Title:** Motion in Compliance with Order | **NOTED.** The Court **NOTES** that Defendants have submitted the English translations of the remaining Spanish language depositions submitted with its Motion for Summary Judgment. |
| **Date Filed:** January 4, 2000<br>**Docket #** 59<br>[X] Plffs   [] Defts   [] Other<br><br>**Title:** Motion in Compliance with Order | **NOTED.** The Court **NOTES** that Plaintiff has forwarded to Defendants copies of the transcripts of the deposition testimony of Hon. Héctor Rivera and Segismundo Quiñones. |

Date: 1/18/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #64