UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

ZULMA I. PEREZ PEREZ,
    Plaintiff

vs.

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

'00 JAN 27 AM 11: 21

CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

CIVIL NO. 98-2312 (JP)

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 21, 2000<br>**Docket #** 65<br>[X] **Plffs**  [] **Defts**  [] **Other**<br><br>**Title:** Motion Requesting Time to Oppose Motions for Summary Judgment | **GRANTED IN PART.** Plaintiff **SHALL** file its opposition to Defendants' motion for summary judgment on or before **February 1, 2000.** |

Date: 1/26/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 66