UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,

    Plaintiff

vs.   CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 1, 2000<br>**Docket #** 68<br>[X] **Plffs**   [ ] **Defts**   [ ] **Other**<br><br>**Title:** Motion Requesting Twenty Four Hours to File the Supporting Documents Attached to Plaintiff's Statement of Controverted Material Facts | **GRANTED.** Plaintiff **SHALL** file its supporting documents for its opposition to Defendants' motion for summary judgment on or before **February 2, 2000.** |

Date: 2/8/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:   EOD:

By:   #70