UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -1 AM 8 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ZULMA I. PEREZ PEREZ,

    Plaintiff

vs.                                  CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,

    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 2, 2000<br>**Docket #** 69<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion Submitting Supporting Documents Attached to Plaintiff's Statement of Controverted Material Facts and Requesting Extension of Time to Submit Certified Court Translations | **GRANTED.** Plaintiff **SHALL** submit certified translations of its exhibits on or before **February 15, 2000.** |
| **Date Filed:** February 15, 2000; February 18, 2000<br>**Docket #** 71, 72<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Motion Certified Translations of Supporting Documents Attached to Plaintiff's Statement of Controverted Material Facts | **NOTED.** The Court **NOTES** that Plaintiff has submitted translations as ordered. |

Date: 2/28/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 74