UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff
vs.

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

RECEIVED & FILED
'00 MAR 15 AM 10: 35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CIVIL NO. 98-2312 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 10, 2000; March 13, 2000<br>**Docket #** 79, 85<br>[X] **Plffs** [] **Defts** [X] **Other**<br><br>**Title:** Motion to Quash Subpoena Served on Mr. Pablo J. Trinidad; Opposition to El Nuevo Día's Motion to Quash Subpoena Served on Mr. Pablo J. Trinidad | **GRANTED.** The Court hereby **GRANTS** El Nuevo Día's motion to quash the subpoena served on Mr. Pablo J. Trinidad. The Court finds that the testimony of Trinidad is not relevant to prove the truth of the statements contained in the newspaper article. Moreover, the Court does not wish to do violence to the important First Amendment values embodied in a free press, and is mindful of the potential chilling effect on the free flow of information between a journalist and his or her sources should Trinidad be compelled to testify as to his conversations with Plaintiff and/or co-defendant Segismundo Quiñones. |
| **Date Filed:** March 10, 2000<br>**Docket #** 80<br>[] **Plffs** [] **Defts** [X] **Other**<br><br>**Title:** Motion Requesting Waiver from Filing Required Translation | **GRANTED.** The Court **GRANTS** El Nuevo Día's request for a waiver from filing an English-language translation of the newspaper article submitted as an exhibit to its motion. |

Date: 3/14/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:       # 89