IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 MAR 24  AM II: 45

CLERK'S OFFICE
U S.DISTRICT COURT
SAN JUAN. P.R.

ZULMA I. PEREZ PEREZ,               *
                                    *
        Plaintiff,                  *
                                    *
v.                                  *        CIVIL NO. 98-2312 (JP)
                                    *
PUERTO RICO PORTS AUTHORITY,        *
et al.,                             *
                                    *
        Defendants                  *
                                    *
_____

**FINAL JUDGMENT**

A jury trial was held in the above-captioned case from March 14, 2000 to March 17, 2000, wherein the jury returned a verdict in favor of Defendants. Pursuant thereto, and in accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ENTERS JUDGMENT, DISMISSING WITH PREJUDICE** the Complaint against Puerto Rico Ports Authority, Hermán Sulsona-Nieves, Héctor Rivera-Rodríguez, and Segismundo Quiñones-Lores.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 23rd day of March, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE