UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
   Plaintiff
vs.

CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
   Defendants

RECEIVED & FILED
'00 MAY -4 PM 4: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: April 10, 2000<br>Docket # 97<br><br>[] Plffs [X] Defts [] Other<br><br>Title: Notice of Appearance and Motion for Extension of Time to Oppose Motion for New Trial | **NOTED AND GRANTED.** The Court **NOTES** that José Cintrón has entered an appearance on behalf of co-defendant Hermán Sulsona, and that attorney Cintrón is replacing attorney Lynn Doble-Salicrup as counsel for Sulsona. Further, said co-defendant **SHALL** file his opposition to Plaintiff's motion for a new trial on or before **May 10, 2000.** |

Date: 5/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #  103

(6)