UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff
vs.                                          CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: May 2, 2000<br>Docket # 102<br><br>[ ] Plffs [X] Defts [ ] Other<br><br>Title: Motion Submitting Declaration Under Penalty of Perjury in Support of Application for Attorneys Fees | MOOT. |
| Date Filed: May 4, 2000<br>Docket # 104<br><br>[ ] Plffs [X] Defts [ ] Other<br><br>Title: Motion Requesting Leave to File Replies to Plaintiff's Oppositions to Petition for an Award of Attorneys Fees and Bill of Costs | DENIED. |

Date: 5/12/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: ho    #107

(5)