UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULMA I. PEREZ PEREZ,
    Plaintiff

vs.                                                          CIVIL NO. 98-2312 (JP)

PUERTO RICO PORTS AUTHORITY, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 30, 2000<br>Docket # 108<br><br>[] **Plffs** [X] **Defts** [] **Other**<br><br>Title: Notice of Absence Due to Vacation | **NOTED.** The Court **NOTES** that counsel for co-defendant Hermán Sulsona will be on annual leave from September 4, 2000 to September 29, 2000. However, the Department of Justice is still responsible for complying with any order that may be issued by this Court or for responding in a timely fashion to any motion filed during that time period. |

Date: 9/7/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:      #109